# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

LLOYD BROWN,

    Plaintiff,

v.                                                    Case No: 5:18-cv-490-Oc-30PRL

ANSAFONE CONTACT CENTERS, LLC,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion for Approval of Settlement and Dismissal of the Case with Prejudice (Dkt. 166). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of Settlement and Dismissal of the Case with Prejudice (Dkt. 166) is GRANTED.

2. The Settlement Agreement is approved.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of February, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record